JOHN R. SHUMAN, JR. (Bar No. 100236)  **E-filed 11/9/06**
KRISTEN L. MCMICHAEL (Bar No. 193343)
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant
MEMC ELECTRONIC MATERIALS, INC.

RANDALL M. WIDMANN (Bar No. 73154)
LAW OFFICES OF RANDALL M. WIDMANN
2479 E. Bayshore Road, Suite 703
Palo Alto, California 94303
Tel: (650) 424-8400
Fax: (650) 617-6888

Attorney for Plaintiff
SHARON KUNKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON KUNKEL,<br><br>    Plaintiff,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC. a corporation, DOE ONE through DOE TWO HUNDRED, inclusive,<br><br>    Defendants. | CASE NO. C 05-03510 JF<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>Date:   November 17, 2006<br>Time:   10:30 a.m.<br>Dept.:  3<br>Judge:  Honorable Jeremy Fogel |

Plaintiff Sharon Kunkel ("Plaintiff") and Defendant MEMC Electronic Materials, Inc. ("Defendant") jointly submit this Supplemental Case Management Statement and Proposed Order.

### DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties:

(a) ADR: The parties are scheduled to participate in a private mediation on November 16, 2006.

(b) Discovery: The parties have obtained written discovery from each other, and are currently in the process of taking a series of party depositions. (Defendant has commenced Plaintiff's deposition, and Plaintiff has commenced one corporate deposition with three (3) witnesses in St. Louis.) The parties also anticipate taking a number of third party depositions in the event that their mediation is unsuccessful, and thus they will need additional time to complete discovery.

2. **The parties request that the Court make the following Supplemental Case Management Order:**

(a) Further Case Management Conference: a further Case Management Conference is set for February 23, 2007.

The electronic filer attests that individuals, whose names appear below, have signed this document. See General Order 45, Section X.

Dated: November 2, 2006

**DLA PIPER US LLP**

By  Kristen M. McMichael
JOHN R. SHUMAN, JR.
KRISTEN L. MCMICHAEL
Attorneys for Defendant
MEMC ELECTRONIC MATERIALS, INC.

Dated: November 1, 2006

**LAW OFFICES OF RANDALL M. WIDMANN**

By _____
RANDALL M. WIDMANN
Attorney for Plaintiff
SHARON KUNKEL

-1-

1    **SUPPLEMENTAL CASE MANAGEMENT ORDER**

2    The Supplemental Case Management Statement and Proposed Order is hereby adopted by

3    the Court as a Supplemental Case Management Order for the case and the parties are ordered to

4    comply with this Order.

5    **IT IS SO ORDERED.**

6

7    Dated: November 9, 2006

                               THE HONORABLE JEREMY FOGEL