\*\*E-filed 2/12/07\*\*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SHARON KUNKEL,<br><br>             Plaintiff,<br><br>        v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>             Defendants. | Case No. CV-05-3510-JF<br><br>ORDER OF DISMISSAL |

   The parties hereto, by their counsel, have advised the Court that they have agreed to a settlement of this case.

   IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the calendar to be

ORDER OF DISMISSAL

1  set for trial.
2
3
4  DATED: 2/12/07
5                                          /s/ electronic signature
6                                          _____
7                                          JEREMY FOGEL
                                           United States District Judge

2

ORDER OF DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

ORDER OF DISMISSAL